UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

SARA SNIDE; JONATHEN SNIDE; and BRITTANY HAMMIT, on behalf of themselves and all others similarly situated,

                            Plaintiffs,

          -against-

JAB EXPRESS, INC., ANTHONY CINCOTTA and any related entities

                           Defendant.

-----------------------------------------------------------x

22-CV-1373 (GLS) (ML)

**STIPULATION OF DISMISSAL WITH PREJUDICE**

       **IT IS HEREBY STIPULATED AND AGREED,** pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, by and between the undersigned, the attorneys of record for all the parties who have appeared in the above-entitled action, that whereas no party who has appeared is an infant or incompetent person for whom a committee has been appointed and no person not a party who has appeared has an interest in the subject matter of the action, the above entitled action be, and the same hereby is dismissed with prejudice as against Defendants, without costs and fees to any party as against any other;

       **IT IS FURTHER STIPULATED AND AGREED** that this stipulation may be executed in counterparts and that a facsimile or electronic signature shall be deemed as an original.

       **IT IS FURTHER STIPULATED AND AGREED** that this Stipulation may be filed without further notice with the clerk of the court

19

Dated: May 22, 2024

_____
GORDON REES SCULLY MANSUKHANI LLP
Francis J. Giambalvo, Esq.
One Battery Park Plaza, 28th Floor
New York, NY 10004
(212) 269-5500
fgiambalvo@grsm.com
*Attorneys for Defendants*

Dated: May 21, 2024

_____
GATTUSO & CIOTOLI, PLLC
Frank S. Gattuso, Esq.
The White House
7030 E. Genesee Street
Fayetteville, New York 13066
(315) 314-8000
fgattusp@gclawoffice.com
*Attorneys for Plaintiff*

IT IS SO ORDERED:

_____
David N. Hurd
U.S. District Judge

Dated: 05-29-2024

20